**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:

                                              Case Number 21-21561-AJC

**JULIA RODRIGUEZ SANCHEZ**              Chapter 7

    Debtor.
_____/

## DEBTOR'S MOTION TO REDEEM COLLATERAL OF SYNCHRONY BANK/ASHLEY FURNITURE

Debtor, **JULIA RODRIGUEZ SANCHEZ,** by and through undersigned counsel, pursuant to 11 U.S.C. § 722 and Rule 6008 of the Federal Rules of Bankruptcy Procedure, files this *Motion to Redeem Collateral of Synchrony Bank/Ashley Furniture,* and avers:

1. The Debtor filed this case as a Chapter 7 on December 9, 2021.

2. The Debtor's 341 meeting of creditors was held and concluded on January 12, 2022.

3. Synchrony Bank/Ashley Furniture holds a lien against the Debtor's Furniture, which consists of 1 bed and 2 night tables (the "Furniture"), account number ending in 0984. The secured debt at the time this case was filed was $2,693.00.

4. The Debtor believes that the Furniture is in fair condition and the replacement value of the Furniture is $600.00.

5. Synchrony Bank/Ashley Furniture's lien in the collateral is well in excess of the replacement value of the Furniture.

6. The Debtor seeks an order allowing the redemption of the Furniture for the replacement value of $600.00 pursuant to 11 U.S.C. § 722. The Debtor will tender that sum to Synchrony Bank/Ashley Furniture within 30 days of entry of this order in exchange for a

satisfaction of its lien rights.  During which time, Synchrony Bank/Ashley Furniture may not seek replevin of the Furniture.

**WHEREFORE**, the Debtor seeks the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent on January 14, 2022, via CM/ ECF to the Chapter 7 Trustee and via U.S Mail to the parties listed below:

- Ashley Furniture Industries, Inc. c/o Corporation Service Company – RA, 1201 Hays Street, Tallahassee, FL 32301
- Ashley Furniture Industries, LLC. c/o Corporation Service Company – RA, 1201 Hays Street, Tallahassee, FL 32301
- Synchrony Bank, Attn: Brian Doubles –President, 170 West Election Road, Suite 125, Draper, UT 84020 *via Certified Mail*

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
x  Timothy S. Kingcade, Esq., FBN 082309
□  Wendy Garcia, Esq., FBN 0865478
□  Jessica L. McMaken, Esq., FBN 580163