**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:

                                                      Case Number 21-21561-BKC-AJC

JULIA RODRIGUEZ SANCHEZ          Chapter 7

    Debtor.

_____/

## DEBTOR'S MOTION TO REDEEM COLLATERAL OF SYNCHRONY BANK/CITY FURNITURE

Debtor, **JULIA RODRIGUEZ SANCHEZ**, by and through undersigned counsel, pursuant to 11 U.S.C. § 722 and Rule 6008 of the Federal Rules of Bankruptcy Procedure, files this *Motion to Redeem Collateral of Synchrony Bank/City Furniture,* and avers:

1. The Debtor filed this case as a Chapter 7 on December 9, 2021.

2. The Trustee conducted the meeting of creditors on January 12, 2022.

3. Synchrony Bank/City Furniture holds a lien against the Debtor's Furniture, which consists of 1 sofa, 3 tables, 1 dining room table and 4 chairs (the "Furniture"), account number ending in 5773. The secured debt at the time this case was filed was $6,366.00.

4. The Debtor believes that the Furniture is in fair condition and the replacement value of the Furniture is $1,200.00. Synchrony Bank/City Furniture's lien in the collateral is well in excess of the replacement value of the Furniture.

5. The Debtor seeks an order allowing the redemption of the Furniture for the replacement value of $1,200.00 pursuant to 11 U.S.C. § 722. The Debtor will tender that sum to Synchrony Bank/City Furniture within 30 days of entry of an order granting this motion in exchange for a satisfaction of its lien rights. During which time, Synchrony Bank/City Furniture may not seek replevin of the Patio Set.

Page 2.  *In re Julia Rodriguez Sanchez*
Case No. 21-21561-BKC-AJC

**WHEREFORE**, the Debtor seeks the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via CM/ECF to the Chapter 7 Trustee and the Office of the United States Trustee, on January 14, 2022 and via US Mail to all parties listed below.

- Synchrony Bank, Attn: Brian Doubles –President, 170 West Election Road, Suite 125, Draper, UT 84020 *via Certified Mail*
- City Furniture c/o Angelo & Banta, PA. - RA, 515 East Las Olas Blvd., Suite 850, Ft. Lauderdale, FL 33301

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
www.MIAMIBANKRUPTCY.com
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
☐ Timothy S. Kingcade, Esq., FBN 082309
☐ Wendy Garcia, Esq., FBN 0865478
X  Jessica L. McMaken, Esq., FBN 580163